**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, and
NEW HAMPSHIRE INSURANCE COMPANY,

                          Plaintiffs,                        17 **CIVIL** 1329 (PAC)

             -against-                               **JUDGMENT**

SOUTHERN COAL CORPORATION,

                         Defendant.
-----------------------------------------------------------X

Whereas on November 27, 2017, the Court granted National Union's motion for summary judgment, holding that it was entitled to (1) $559,286 in unpaid principal, (2) prejudgment interest at the rate of 12% per annum from January 15, 2015, (3) post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961, and (4) the amount of attorneys' fees incurred in enforcing the promissory note; at the Court's direction, National Union has submitted an application for attorneys' fees and costs, and Southern Coal does not object to the application, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on December 19, 2017, having rendered its Opinion and Order entering judgment and awarding National Union the following relief: (1) $559,286 in unpaid principal; (2) $196,644.96 in prejudgment interest; (3) post-judgment interest calculated in accordance with 28 U.S.C. § 1961that shall continue until the judgment is fully paid; and (4) $87,472.89 in attorneys' fees, expenses and costs, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 19, 2017, the Court enters judgment and awards National Union the following relief: (1) $559,286 in unpaid principal; (2) $196,644.96 in

prejudgment interest; (3) post-judgment interest calculated in accordance with 28 U.S.C. § 1961 that shall continue until the Judgment is fully paid; and (4) $87,472.89 in attorneys' fees, expenses, and costs; accordingly, this case is closed.

**Dated:** New York, New York
December 26, 2017

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/24/2017