IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br>and<br><br>NEW HAMPSHIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SOUTHERN COAL CORPORATION,<br><br>　　　　　Defendant. | No. 1:17-cv-1329-PAC<br><br>Honorable Paul A. Crotty<br><br>Magistrate Judge Debra C. Freeman |

## SATISFACTION OF JUDGMENT

The parties entered into a Confidential Settlement Agreement & Release. Accordingly, pursuant to Local Civil Rule 54.3, the Judgment entered in this case on December 26, 2017 (ECF No. 41) against Southern Coal Corporation and in favor of National Union Fire Insurance Company of Pittsburgh, PA in the amount of $559,286 in unpaid principal in addition to applicable interest, fees, expenses, and costs awarded, is hereby released and satisfied.

Dated: February 13, 2020

Respectfully submitted,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
NEW HAMPSHIRE INSURANCE
COMPANY

By: _/s/ Richard F. Shearer_

One of Their Attorneys

Richard F. Shearer (*pro hac vice*)

SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550

1

Facsimile: (816) 421-5547
Email: rshearer@shb.com

STATE OF MISSOURI     )
                      )ss.
COUNTY OF JACKSON     )

On this __13th__ day of __February__, 2020, before me appeared Richard F. Shearer, to me personally known, who by me was duly sworn, and acknowledged that he executed the foregoing Satisfaction of Judgment.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at my office in __Kansas City__, Missouri, the day and year above written.

_____
NOTARY PUBLIC

My Commission Expires:

__January 17, 2021__

KATIE M. STUCK
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires Jan. 17, 2021
Commission # 17975144

2

4841-6894-7124

## CERTIFICATE OF SERVICE

I, Richard F. Shearer, an attorney, hereby certify that on February 13, 2020, I caused a true and complete copy of the foregoing **SATISFACTION OF JUDGMENT** to be electronically filed and served upon the following counsel via the Court's ECF filing system:

>Cameron R. Argetsinger
>KELLEY DRYE & WARREN, LLP (DC)
>3050 K Street, NW, Suite 400
>Washington, DC 20007
>cargetsinger@kelleydrye.com
>
>Randall L. Morrison, Jr.
>KELLEY DRYE & WARREN LLP (NY)
>101 Park Avenue
>New York, NY 10178
>Telephone: (212) 808-7800
>Facsimile: (212) 808-7897
>Email: rmorrison@kelleydrye.com
>
>*Counsel for Southern Coal Corporation*

/s/ Richard F. Shearer

4841-6894-7124